

**SCOTT R. LANDAU**
**PARTNER**

256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7343 (direct dial)
slandau@aellaw.com

February 26, 2024

Application GRANTED.  The initial pretrial conference is
ADJOURNED to **April 11, 2024** at **9:00 a.m**.  The Clerk of
Court is directed to terminate ECF No. 14.  SO ORDERED.

February 27, 2024

**BY ECF ONLY**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:     *Mendez v. Mount Sinai Health Network, LLC, et al.*
        Civil Action No. 1:23-cv-10457

Dear Judge Furman:

    We represent defendant Mount Sinai Health Network, LLC ("Mount Sinai") in connection with
the above-referenced matter in which plaintiff alleges disability discrimination against Mount Sinai and
a building owner (Mount Sinai's landlord) for failure to provide an accessible egress to an office
building.

    With the consent of all parties, we write to respectfully request: (1) a 30-day extension, from
February 31, 2024 to March 31, 2024, of all defendants' times to answer, file a pre-motion conference
request letter, or otherwise respond to plaintiffs' complaint in this matter; (2) an adjournment of the
upcoming Initial Pretrial Conference until after the (rescheduled) Mediation date of March 29, 2024; and
(3) an extension of the parties' time to submit their proposed case management plan and joint letter. By
consent of the parties, the court-sponsored mediation has been adjourned to March 29, 2024, to occur if
the parties are unable to resolve this matter on their own.  The parties' independent settlement discussions
remain ongoing, and these proposed adjournments and extensions are requested to give the parties
additional time to continue their independent discussions without the need for further judicial
intervention, and to bring the case schedule more in-line with the revised mediation date.  This is the
parties' second joint request for such adjournments.

    We thank the Court for its time and attention regarding these matters.

                        Very truly yours,

                        By: /s/ *Scott R. Landau*
                        Scott R. Landau
                        *Attorneys for Mount Sinai Health Network LLC*

cc: all counsel of record via ECF only