UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIA MENDEZ,<br><br>                                        Plaintiff,<br><br>-against-<br><br>MOUNT SINAI HEALTH NETWORK, LLC and EQR-50 WEST 77TH, LLC,<br><br>                                        Defendants. | **STIPULATION AND ORDER<br>OF DISMISSAL WITH PREJUDICE<br>PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Civil Action No. 1:23-cv-10457 |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties of the above-entitled action, by their respective undersigned attorneys, that plaintiff's complaint and all claims therein be and hereby are dismissed with prejudice.

Each party hereto agrees that this dismissal is without costs or fees. The parties further agree that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action.

Dated:  May 15, 2024
         New York, New York

SO ORDERED.

*[signature]*
May 22, 2024

THE MARKS LAW FIRM, P.C.

By: *[signature]*
Bradly G. Marks
The Marks Law Firm
155 East 55th St, Suite 4H
New York, NY 10022
brad@markslawpc.com

ABELL ESKEW LANDAU LLP

By: *[signature]*
Scott R. Landau
256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7343
slandau@aellaw.com

                **EQUITY RESIDENTIAL**

By: *Lisa Leib*
      Lisa C. Leib
      Equity Residential
      2 N. Riverside Plaza, Suite 400
      Chicago, IL 60606
      lleib@eqr.com